```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

DAVID CUTTER and PAMELA CUTTER,                    JUDGMENT
                                                   05-CV- 5527 (FB)

             Debtor/Appellants.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 30, 2006, finding that the Court does not have jurisdiction to hear the appeal, the appeal is dismissed; it is

ORDERED and ADJUDGED that the debtors' appeal is dismissed.

Dated: Brooklyn, New York
       September 06, 2006

                                    ROBERT C. HEINEMANN
                                    Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 1 2006 ★
BROOKLYN OFFICE